LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

February 2, 2005

Honorable Raymond J. Dearie
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                          Re:    *U.S. v. Venero Mangano*
                                  Docket No. 90-CR-446-4

Dear Judge Dearie:

    This amended letter is a follow-up to a previous letter we submitted to this Court on January 21, 2005. In paragraph two of our letter we incorrectly stated that "according to [his] Guidelines range Mr. Mangano should have received anywhere from 109-135 months." However, without the 13 level enhancement, Mr. Mangano's base offense level was 18, thus making his Guidelines range *27-33 months*.

    Your consideration in the above-referenced matter is greatly appreciated.

                                          Respectfully,

                                          MURRAY RICHMAN, ESQ.
                                          Attorney for the defendant

cc:    United States Attorney
       Eastern District of New York
       147 Pierrepont Street
       Brooklyn, NY 11201

       Venero Mangano (03508-054)
       FCI Butner
       P.O. Box 999
       Old Hwy 75
       Butner, NC 27509