BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE
MARCH 22, 2005 @12:35PM

DOCKET NUMBER:   CR 90-446       (RJD)

U.S.A. -v-   VENERO MANGANO (NOT PRESENT)
      COUNSEL:   MURRAY RICHMAN   (RETAINED)

AUSA:       MICHAEL WARREN & PETER NORLING

COURTREPORTER:    SHELLY SILVERMAN


X    CASE CALLED FOR STATUS CONFERENCE, RE:
     DEFENSE COUNSEL'S LETTER DATED 1/21/05.
     DISCUSSION HELD.
     DEFENSE COUNSEL REQUESTS TIME TO BRIEF ISSUE DISCUSSED IN
     LETTER OF 1/21/05.
     DEFENSE COUNSEL ALSO REQUESTS THAT THE COURT SET BAIL SO
     DEFT CAN RECEIVE PROPER MEDICAL ATTENTION.
     GOVERNMENT OPPOSES BAIL REQUEST ON THE GROUNDS THAT THE
     COURT DOES NOT HAVE THE AUTHORITY TO DO SO.
     COURT: BY LETTER BRIEF, DEFENSE COUNSEL CAN SUBMIT
     ADDITIONAL BRIEFING SHOWING WHERE THE COURT HAS THE
     AUTHORITY ON THE BAIL ISSUE.