LAW OFFICES OF

# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

June 2, 2005

<u>By Fax and ECF</u>
Honorable Frederick Block
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                         Re:    **<u>U.S. v. Venero Mangano</u>**
                                 Docket No. 90-CR-446-4

Dear Judge Block:

      On behalf of Mr. Mangano, we are making a formal request for a conference to be held at the Court's earliest convenience, to discuss not only the issues presented in our FRCP Rule 60(b)(6) application, but also on the issue of whether the Court should consider recusing itself from deciding the instant application. It has always been Mr. Mangano's position that his health and age rendered his sentence "unreasonable." While the instant Rule 60(b)(6) application calls into question the integrity of the habeas proceeding, the Court is asked to take into consideration Mr. Mangano's rapidly failing health.

      Although Judge Dearie returned the case to Your Honor, during a conference between distinguished counsel and the Court, Judge Dearie stated he is "enormously sympathetic to the family and to Mr. Mangano, his declining years." While we are not asking for any sympathy on behalf of Mr. Mangano, we do ask, however, that the Court not disregard Mr. Mangano's declining health and "declining years."

      In short, counsel respectfully request that Your Honor schedule a conference on the issues discussed in the various submissions before the Court.

                                                  Respectfully submitted,

                                                  MURRAY RICHMAN, ESQ.
                                                  *Attorney for the Defendant*

LAW OFFICES OF
# Murray Richman

cc:   Peter A. Norling
      Assistant U.S. Attorney
      Eastern District of New York
      147 Pierrepont Street
      Brooklyn, NY 11201

      Venero Mangano (03508-054)
      FCI Butner
      P.O. Box 999
      Old Hwy 75
      Butner, NC 27509