Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

__Eastern__ District of __New York__

United States
v.
Venero Mangano

Docket No. __98-CV-4970 (FB)__

__Frederic Block__
(District Court Judge)

Notice is hereby given that __Venero Mangano__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ] other [ ____ ] __Denial of Rule 60(b) application__ (specify)

entered in this action on __July 8, 2005__ (date)

Offense occurred after November 1, 1987   Yes [X]   No [ ]

Date __July 19, 2005__

_(signature)_
(Counsel for Appellant)

Address: __2027 Williamsbridge Road__
__Bronx, NY 10461__

ADD ADDITIONAL PAGE IF NECESSARY

Telephone Number __(718) 892-8588__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| **QUESTIONNAIRE** | **TRANSCRIPT ORDER** — DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of    Dates<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[ ] Sentencing _____<br>[ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

| ATTORNEY'S SIGNATURE | DATE |
|---|---|
| | |

| COURT REPORTER ACKNOWLEDGMENT | TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals |
|---|---|
| Date order received | Estimated completion date | | Estimated number of pages |
| | Date _____   Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk)
2. Copy U.S. Attorney's Office
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02